**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                           )<br>                         Plaintiff,           )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>$196,000 IN UNITED STATES CURRENCY, )<br>                                                           )<br>                         Defendant.         )<br>_____) | Case No. 2:12-cv-01409-JCM-PAL<br><br>**ORDER**<br><br>(Unopp Mot Strike - Dkt. #11) |

Before the court is the United States of America's Unopposed Motion to Strike Part of the Notice of Electronic Filing in ECF No. 9, Requiring Discovery Plan/Scheduling Order by 12/24/2012 (Dkt. #11).

This is a civil forfeiture *in rem* action filed by the United States.  The United States is correct that pursuant to LR 16-1, a discovery plan and scheduling order is not required.  However, the court will set a Rule 16 scheduling conference to insure this case is timely resolved.

**IT IS ORDERED** that:

1. The United States' Unopposed Motion (Dkt. #11) is **GRANTED**, and a joint discovery plan and scheduling order shall not be required.
2. A scheduling conference is set for **10:30 a.m., November 27, 2012,** in Courtroom 3B.

Dated this 19th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge