# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                     )<br>              Plaintiff, )<br>                     )<br>vs.                  )<br>                     )<br>$196,000.00 IN UNITED STATES CURRENCY, )<br>et al.,                )<br>                     )<br>              Defendants. )<br>_____ ) | Case No. 2:12-cv-01409-JCM-PAL<br><br>**ORDER** |

The court conducted a scheduling conference on November 27, 2012. Michael Humphreys appeared on behalf of the United States, and Lucas Gaffney appeared on behalf of the Plaintiff.

The Complaint (Dkt. #1) in this case was filed August 8, 2012, and involves an in rem forfeiture action filed by the United States against $196,000.00 in currency seized at McCarran Airport from Darren Hall on March 16, 2012. The United States filed an administrative summary forfeiture proceeding and on May 10, 2012, Darren Hall filed an administrative claim with the Drug Enforcement Administration. The court set this matter for hearing to determine how the parties propose to prepare this case for trial or resolution. Counsel for the government indicated that he would provide initial discovery disclosures to opposing counsel in two weeks. He intends to produce the police reports and documents supporting the seizure. Counsel for the claimant indicated that he would need to review the government's initial disclosures to determine whether any additional discovery was required. Counsel for both sides expect to engage in informal settlement discussions after the government provides its initial discovery disclosures. Counsel for the claimant will determine whether formal discovery is required after reviewing the government's disclosures.

**IT IS ORDERED** that:

1. Counsel for the government shall have until **December 11, 2012**, in which to produce its

        initial discovery disclosures supporting the seizure of the $196,000.00 in currency at issue in this case.

2.   Counsel for the parties shall have until **December 26, 2012**, to meet and confer to determine whether either side wishes to conduct formal discovery and discuss whether this matter can be decided on a stipulated set of facts on cross motions for summary judgment or any other case management proposal to promptly bring this case to trial.

3.   The parties shall have until **January 2, 2013,** in which to submit a proposed case management plan to complete any discovery deemed necessary to prepare this case for trial, and deadline for filing dispositive motions and for submitting the joint pretrial order.

Dated this 28th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge